UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MDA MANUFACTURING, INC., <br><br> Plaintiff, <br> -v- <br><br> MEXICHEM FLUOR COMERCIAL S.A. DE C.V., <br><br> Defendant. | 20 Civ. 3835 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

Plaintiff is ordered to file the unredacted version of its complaint under seal on ECF no later than May 22, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 20, 2020
        New York, New York