UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MDA MANUFACTURING, INC.,<br><br>                                   Plaintiff,<br>               -v-<br><br>MEXICHEM FLUOR COMERCIAL S.A. DE C.V.,<br><br>                                   Defendant. | 20 Civ. 3835 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court's May 20, 2020 order, Dkt. 6, is vacated.  Plaintiff is directed to email the unredacted version of its complaint to the Court's Chambers inbox at EngelmayerNYSDChambers@nysd.uscourts.gov no later than May 22, 2020.

SO ORDERED.

                                                                                  *Paul A. Engelmayer*
                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: May 20, 2020
       New York, New York