# haynesboone

Direct Phone Number: (214) 651-5375
Direct Fax Number: (214) 200-0525
debbie.mccomas@haynesboone.com

October 26, 2020

**Via ECF**

Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *MDA Manufacturing, Inc. v. Mexichem Fluor Comercials S.A. De C.V.*, 20-cv-03835-PAE

Dear Judge Engelmayer:

We represent defendant Mexichem Fluor Comercials S.A. De C.V. ("Mexichem") in the above-referenced matter. We write pursuant to Your Honor's Individual Rules and Practices in Civil Cases Rule 4.B and Standing Order 19-MC-00583 to seek sealing of limited portions of the Reply Memorandum of Law in Further Support of Mexichem's Motion to Dismiss the Amended Complaint (Doc. No. 35) (the "Reply Memorandum of Law").

This action arises from a supply agreement between the parties (the "Supply Agreement") that contains a confidentiality provision. When the plaintiff filed the Amended Complaint, it submitted Supply Agreement under seal and filed a public version of the Amended Complaint that redacts many references to information in the Supply Agreement. *See* Doc. Nos. 18, 21, 22.

Therefore, Mexichem seeks to seal those limited portions of the Reply Memorandum of Law that explicitly incorporate the Supply Agreement and may be determined to be confidential. A redacted version of the Reply Memorandum of Law is filed herewith. A sealed version of the Reply Memorandum of Law that highlights these redacted portions is filed herewith under seal.

Thank you for your consideration.

Respectfully submitted,

s/*Debbie McComas*

Debbie McComas

cc:  Counsel of record (via ECF)

Granted.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

October 27, 2020

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
T (212) 659-7300
F (212) 918-895
www.haynesboone.com