UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MDA MANUFACTURING, INC.,

                              Plaintiff,

                    -v-

MEXICHEM FLUOR COMERCIAL S.A. DE C.V.,

                              Defendant.

---

20 Civ. 3835 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court resolved defendant's motion to dismiss.  Dkt 24.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 24.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated:  December 22, 2020
        New York, New York