haynesboone

Direct Phone Number: (214) 651-5375
Direct Fax Number: (214) 200-0525
debbie.mccomas@haynesboone.com

January 4, 2021

**VIA ECF**

Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

> Re:   *MDA Manufacturing, Inc. v. Mexichem Fluor Comercials S.A. De C.V.*, 20-cv-03835-PAE

Dear Judge Engelmayer:

We represent defendant Mexichem Fluor Comercials S.A. De C.V. ("Mexichem") in the above-referenced matter. We write pursuant to Your Honor's Individual Rules and Practices in Civil Cases Rule 4.B and Standing Order 19-MC-00583 to seek sealing of limited portions of the Answer and Counterclaims (Doc. No. 51) (the "Answer").

This action arises from a supply agreement between the parties (the "Supply Agreement") that contains a confidentiality provision. When the plaintiff filed the Amended Complaint, it submitted Supply Agreement under seal and filed a public version of the Amended Complaint that redacts many references to information in the Supply Agreement. *See* Doc. Nos. 18, 21, 22.

Therefore, Mexichem seeks to seal those limited portions of the Answer that explicitly incorporate the Supply Agreement and may be determined to be confidential. A redacted version of the Answer is filed herewith. A sealed version of the Answer that highlights these redacted portions is filed herewith under seal.

Thank you for your consideration.

> Respectfully submitted,
>
> s/*Debbie McComas*
>
> Debbie McComas

cc:  Counsel of record (via ECF)

Granted.

SO ORDERED.

_____

PAUL A. ENGELMAYER
United States District Judge

January 5, 2021

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
T (212) 659-7300
F (212) 918-895
www.haynesboone.com